982

No. 74–5933.  In re Troy.  C. A. 1st Cir.  Certiorari denied.

No. 74–5934.  Carpio v. Tucson High School District No. 1 of Pima County et al.  Sup. Ct. Ariz.  Certiorari denied.

No. 74–5936.  Hill v. Fifty-Sixth District Court of Texas et al.  C. A. 5th Cir.  Certiorari denied.

No. 74–5938.  Hayes v. California.  Sup. Ct. Cal.  Certiorari denied.

No. 74–5944.  Norwoods v. Superior Court in and for the County of Orange et al.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 74–5947.  Thomas v. California.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 74–5969.  Nugent et ux. v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 74–5991.  Porter v. Moore Business Forms, Inc.  C. A. 5th Cir.  Certiorari denied.

No. 74–5992.  Yates v. Kentucky.  C. A. 6th Cir.  Certiorari denied.

No. 74–438.  Atheneum Book Store, Inc. v. City of Miami Beach.  Cir. Ct. Fla., Dade County.  Certiorari denied.

Mr. Justice Brennan, with whom Mr. Justice Stewart and Mr. Justice Marshall join, dissenting.

On June 15, 1971, a Miami Beach Municipal Court Judge ordered the materials in petitioner's bookstore seized for use as evidence at a subsequent trial.  The